IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA C. GRAY
EX REL HER DECEASED SON
EDMUND THOMAS KULESZA
          Plaintiff,

vs.                                                Civ. No. 17-418 SMV

NANCY BERRYHILL,
**Acting Commissioner of the Social Security Administration,**

          Defendant.

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through January 8, to serve her reply to the agency's response to her initial motion to reverse and remand.

                                      HONORABLE STEPHAN M. VIDMAR
                                      UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860

<u>Email Approval on December 19, 2017</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax