**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DONNA C. GRAY,** *ex rel.* **her deceased son**
**Edmund Thomas Kulesza,**

     **Plaintiff,**

**v.**                                                        **No. 17-cv-0418 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

     **Defendant.**

**<u>JUDGMENT</u>**

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing or for Immediate Payment of Benefits [Doc. 17] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**